THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Tyrone
 Singletary, Appellant.
 
 
 

Appeal From Lee County
  Thomas W. Cooper, Jr., Circuit Court
Judge

Unpublished Opinion No. 2008-UP-506
 Submitted September 2, 2008  Filed
September 5, 2008   

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia, and Solicitor Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER
 CURIAM:  Tyrone Singletary appeals his convictions for rioting, taking a hostage, assaulting a
 correctional officer, carrying a weapon, and inciting a riot.  Singletarys counsel claims the trial
 court erred in admitting a video
 depiction of the prison dormitory because it was highly inflammatory and its
 probative value was outweighed by its prejudicial value.  Singletary also filed a pro se brief.  After a thorough review of the record, counsels brief, and
 Singletarys pro se brief pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss Singletarys appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
ANDERSON, WILLIAMS, and KONDUROS, JJ.,
concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.